# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2020

Bridget M. McCormack,
Chief Justice

160853-6(40)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* GUARDIANSHIP OF BARBARA
ANN DELBRIDGE

SC: 160853
COA: 346770
Macomb PC: 2018-228961-GA

_____

*In re* CONSERVATORSHIP OF BARBARA
ANN DELBRIDGE

SC: 160854
COA: 346778
Macomb PC: 2018-228962-CA

_____

*In re* GUARDIANSHIP OF ROBERT LEE
MITCHELL

SC: 160855
COA: 346780
Macomb PC: 2018-228963-GA

_____

*In re* CONSERVATORSHIP OF ROBERT
LEE MITCHELL

SC: 160856
COA: 346781
Macomb PC: 2018-228964-CA

_____/

On order of the Chief Justice, appellee's motion to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 12, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2020



Clerk